UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:04-cr-94-T-23TGW

JESSICA REYNOLDS
_____/

## **ORDER**

The document described below was received on July 5, 2005.

**June 27, 2005, correspondence by Jessica Reynolds**

The Clerk is instructed to file the correspondence in the court file and forward copies to the United States Attorney, counsel for the defendant, and the probation office. **The Clerk shall also send a copy of this order to the defendant.**

The defendant's June 27, 2005, letter mailed directly to the district judge requests a reduction of her thirty-month sentence because the Bureau of Prisons cancelled the "bootcamp" program for which the district court recommended her.[*] Reynolds states that the "bootcamp" program was "cancelled due to funding." However, the Bureau of Prisons' January 14, 2005, announcement of the termination of the "bootcamp" program states:

> There is a national trend among correctional agencies to phase out boot camp programs, as a result of many years of experience. The Bureau's unpublished research confirmed the results of those who evaluated several state programs: completion of the boot camp program did not result in lower rates of recidivism as compared to offenders with similar background characteristics who did not participate in the program.

---

[*] Local Rule 3.01(f) provides that: (1) all applications requesting relief shall be presented in appropriate form pursuant to Local Rule 1.05 (**not** in letter form) and (2) shall be forwarded to the Clerk of the Court (**not** to the assigned judicial officer).

In other words, "bootcamp" was not an effective, additional aid to inmates, although "bootcamp" costs more money than typical imprisonment.  But, money was not the problem.

Reynolds' judgment is final, and the court is otherwise without jurisdiction to alter the terms of the judgment.  To the extent that Reynolds' letter is properly construed as a motion, the motion is **DENIED**.

ORDERED in Tampa, Florida, on July 6, 2005.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE